**Electronically Filed**
**Supreme Court**
**SCWC-23-0000447**
**31-DEC-2025**
**01:06 PM**
**Dkt. 16 ODAC**

SCWC-23-0000447

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

HIPAWAI CORPORATION, a Hawaiʻi corporation, as Successor Trustee under that certain unrecorded Declaration of Trust dated November 13, 1968; KENNETH L. CHUN, CAROL A. CHUN, and SUSAN D. CHUN, as Successor Trustees under that certain unrecorded Alma K. Leong Revocable Living Trust Agreement dated September 28, 1993; and PEARL CORPORATION, a Hawaiʻi corporation, Respondents/Plaintiffs-Appellees,

vs.

TINA CHERIE MATHEWS,
Petitioner/Defendant/Cross-claim Defendant-Appellant,

and

ASSOCIATION OF APARTMENT OWNERS OF 965 PROSPECT,
a Hawaiʻi nonprofit corporation,
Respondent/Defendant/Cross-claimant-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-23-0000447, CAAP-23-0000556, and CAAP-23-0000708 (cons.);
CASE NOS. 1CCV-20-0001229 and 1CCV-20-0001230)

<u>ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI</u>
(By: McKenna, Acting C.J., Eddins, Ginoza, and Devens, JJ.,
and Circuit Judge Souza, assigned by reason of vacancy)

Petitioner's Application for Writ of Certiorari, filed on November 7, 2025, is hereby rejected.

DATED:  Honolulu, Hawaiʻi, December 31, 2025.

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza



/s/ Vladimir P. Devens

/s/ Kevin A.K. Souza